UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-21942-EA

JEREMY CAREY, on his own behalf
and on behalf of others similarly situated,

    Plaintiff,

v.

GUARD FORCE INTERNATIONAL, INC.,
GUARD FORCES, LLC, and 365
FACILITATORS, INC.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jeremy Carey and opt-in Plaintiff Ashley Jones (collectively, "Plaintiffs") and Defendants, Guard Force International, Inc., Guard Forces, LLC, and 365 Facilitators, Inc. (collectively, "Defendants") (Plaintiffs and Defendants hereinafter collectively referred to as "the Parties"), by and through their respective undersigned counsel, and pursuant to Local Rule 16.4, S.D. Fla., hereby notify the Court that the Parties have reached a settlement of all claims in this matter.

The Parties request fourteen (14) days to finalize the settlement documents and file a Joint Motion to Approve the Settlement Agreement in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*, and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Respectfully submitted this 10th day of February 2026 by:

| | |
|---|---|
| **/s/ Corey L. Seldin** | **/s/ Justin B. Levine** |
| Andrew R. Frisch, Esq. | Justin B. Levine, Esq. |
| Florida Bar No.: 27777 | Florida Bar No.: 106463 |
| Corey L. Seldin, Esq. | |
| Florida Bar No.: 1026565 | **Cole, Scott & Kissane, P.A.** |
| | Esperante Building |
| **Morgan & Morgan, P.A.** | 222 Lakeview Avenue, Suite 500 |
| 8151 Peters Road, Suite 4000 | West Palm Beach, FL 33401 |
| Plantation, FL 33324 | Telephone: (561) 612-3459 |
| Telephone: (954) 807-7765 | Facsimile: (561) 683-8977 |
| Facsimile: (954) 327-3013 | Email : justin.levine@csklegal.com |
| Email: afrisch@forthepeople.com | **Counsel for Defendants** |
| Email: cseldin@forthepeople.com | |
| **Counsel for Plaintiffs** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: **Corey L. Seldin**
Corey L. Seldin, Esq.